UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LaTanya Haywood, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 21-2329-JWB |
| State of Kansas, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Plaintiff, proceeding pro se, has moved to proceed with this action in forma pauperis (ECF No. 3). But she did not submit the affidavit of financial status required for the court to appropriately consider her motion. It is therefore ordered that by **August 6, 2021,** plaintiff either file the completed affidavit or pay the court filing fee. Plaintiff is advised that failure to take action by that date may result in dismissal of her case.

The clerk is directed to send a copy of this order to plaintiff by regular and certified mail.

IT IS SO ORDERED.

Dated July 28, 2021, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

1