IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

La Tanya Haywood                    )
P.O. Box 17776                      )
Kansas City MO, 64134               )
(Enter above the full name of the Plaintiff(s)   )
                                    )
vs.                                 )
                                    )
                                    )
_____     )
Name                                )
                                    )
_____     )
Street and number                   )
_____     )
City          State       ZipCode   )

FILED

**MAY 27 2022**

Clerk, U.S. District Court
By: _____ Deputy Clerk

Case Number 2:21-cv-02329-JWB-TJJ

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.      Parties to this civil action:

        (In item A below, place your name in the first blank and place your present address in the
        second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

        A.      Name of plaintiff  La Tanya Haywood
                Address  P.O. Box 1777
                         Kansas City MO, 64134

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.     Defendant_____is

       employed at _____

       _____

C.     Additional Defendants_____

       _____

       _____


II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

       1.     Plaintiff is a citizen of the State of _____.

       2.     The first-named defendant above is either

              a.   a citizen of the State of _____; or

              b.   a corporation incorporated under the laws of the State of

                   _____ and having its principal place of business

                   in a State other than the State of which plaintiff is a citizen.

       3. The second-named defendant above is either

              a.     a citizen of the State of _____; or

              b.     a corporation incorporated under the laws of the State of

                     _____ and having its principal place of business in a

              State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

| City | State | Zip Code |
| --- | --- | --- |

Telephone Number

## **DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☐ Wichita, ☐ Kansas City, or ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

Signature of Plaintiff

## **REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☐ Yes or ☐ No  }
(Select One)

Signature of Plaintiff

Dated: _____
  (Rev. 10/15)

6

ATTACHED PAGES

STATEMENT OF CLAIMS AND PARTIES

I.  Preliminary Statement

1. This case involves Plaintiff's injuries that she incurred at the Schlitterbahn Amusement Waterpark in Kansas City, Kansas on 17 July 2016.  She fell off a ride and inadvertently ingested a large amount of Kristal River water into her lungs and injured her hip during this accident.

2. Plaintiff has never received adequate medical care and treatment, nor have the Defendant compensated her for her serious medical injuries with actual or punitive damages.

3. Based on the supervisory Defendants' failure to protect Plaintiff from harm and injury, inferior Defendants were permitted to continue to operate a substandard amusement park that caused or resulted in Plaintiff's permanent and serious medical injuries.

4. Further, despite Plaintiff's medical insurance and hospitalization, medical Defendants failed and/or refused to provide her adequate and sufficient medical assistance, attention and treatment despite being aware of Plaintiff's serious medical and physical condition ending in the denial of a necessary hip replacement with a debilitating condition.

II.  Parties

5. Defendant State of Kansas, is being sued in its individual, official, personal and supervisory capacity for failing and/or refusing to protect and supervisory Defendants in the performance of their duties and responsibilities by other Defendants or tortfeasors.

6. Saint Luke's Hospital of Kansas City, is being sued in its individual, official, personal and supervisory capacity for failing and/or refusing to protect and supervisory Defendants in the performance of their duties (refusing to admit and withholding evidence) and responsibilities and in failing to provide Plaintiff

adequate and sufficient medical care and treatment by conspiring with other Defendants or tortfeasors.

7. Richarda Zimmerman, Cedar Fair Management Company, is being sued in her individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

8. Magellan Health Care, Inc. is being sued in its individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with Defendants or tortfeasors.

9. Judge William P. Mahoney, Div. #7, is being sued in his individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

10. Nicholas Hinrichs, is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

11. Knight, Nicastro & MacKay, is being sued in their individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

12. Allison L. Greenfield, is being sued in her individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

13. Troy Jhonson, Human Relations, is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

14. Post Acute Medical, LLC, is being sued in its individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with Defendants or tortfeasors.

15. Michael Stephensen, is being sued in his individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with Defendants or tortfeasors.

16. Haash Wilkerson Insurance is being sued in its individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with Defendants or tortfeasors.

17. Pamela Winter, is being sued in her individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

18. Brown & James, P.C., is being sued in their individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

19. Tammy Eddings, is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

20. Meyerkord & Russella  Hergott, LLC., is being sued in their individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

21. CEO Todd A. Shamash, is being sued in their individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

22. ACE Property & Casualty Insurance, is being sued in their individual, official, personal and supervisory capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

23. Dr. Rakesh Ponna Pureddy,  is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

24. Mohommed Tahboub, M.D., is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

25. David Duethman, M.D., is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

26.   Courtney N. Schellpeper, M.D., is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

27.   Scott A. Wingerter, Ph.D., is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

28. Dr. Herbert Bernard Tanowitz, is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

29.   Candio Christine M., St. Luke's Hospital Orthopedic Service, LLC, , is being sued in her individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

30.   Christopher Avila, is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

31.   Dr. Jason D. Bruns, D.O., is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

32.   Adam K. Brunfieldt, M.D., is being sued in his individual, official and personal capacity for failing and/or refusing to protect Plaintiff from harm and injury by conspiring with other Defendants or tortfeasors.

# 33. - Robert Burns. D.J. # 1