## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LATANYA HAYWOOD, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 2:21-cv-02329-JWB-TJJ** |
| | ) | |
| CHRISTOPHER AVILA, MD | ) | |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT CHRISTOPHER AVILA, MD'S MOTION TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT OUT OF TIME

COMES NOW, Defendant Christopher Avila, MD, by and through his undersigned counsel, and for his Motion to File Responsive Pleading to Plaintiff's Amended Complaint Out of Time states as follows:

1.     Plaintiff filed her Original Complaint on July 27, 2021 (Doc. 1), and her Amended Complaint on May 27, 2022 (Doc. 15).

2.     Plaintiff purports to have served Defendant Avila on June 30, 2022, via certified mail addressed to "Att: Christopher Avila, Saint Luke's Hospital, 4401 Wornall K.C. MO 64111." Doc. 22.

3.     Pursuant to the Clerk's docket entry on July 14, 2022, the deadline for Defendant Avila to respond to Plaintiff's Amended Complaint was on or before July 21, 2022. Doc. 22.

4.     The certified mail through with Plaintiff purports to have served Defendant Avila was delivered to "a PO Box at 7:31 am on June 30, 2022, in Kansas City, MO 64111." *See* Affidavit of Christopher Avila, MD, attached as Exhibit A to Defendant Christopher Avila, MD's Motion to Dismiss, filed concurrently.

5.     Defendant Avila primarily practices at Saint Luke's East Hospital located at 100 NE Saint Luke's Boulevard, Suite 350 Lee's Summit, Missouri 64086. *Id.*

6.     The certified mail through which Plaintiff purports to have served Defendant Avila was not delivered to the address where Defendant Avila primarily practices.  As such, he did not become aware of this cause of action until September 7, 2022. *Id*.

7.     While it is Defendant Avila's position that service was never properly effectuated for several reasons, as more fully explained in his Motion to Dismiss, filed concurrently, out of an abundance of caution, Defendant Avila seeks leave from this Court to file a responsive pleading out of time.

8.     Good cause exists in this request as no party is prejudiced by granting Defendant Avila leave to file a responsive pleading out of time, and the interests of justice are furthered by granting the Motion.

9.     Defendants makes this request in good faith and not for any purpose of harassment or undue delay.

WHEREFORE, Defendant Christopher Avila, MD, respectfully requests that this Court GRANT his Motion to File a Responsive Pleading Out of Time, deem his Motion to Dismiss timely filed, and for such other relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Brandon D. Henry*
Brandon D. Henry      KS #21258
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
816-701-1100
bhenry@wcllp.com
**ATTORNEY FOR DEFENDANT
CHRISTOPHER AVILA, MD**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of September, 2022, I electronically filed the foregoing document on the Court's CM/ECF filing system, thereby sending notice of said filing to all counsel of record in this matter.

/s/ *Brandon D. Henry*
**ATTORNEY FOR DEFENDANT**
**CHRISTOPHER AVILA, MD**