IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

JAN 17 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

LATANYA HAYWOOD, )
)
    Plaintiff, )
)
Vs. )
)
) Case No. 21-CV-2329-JWB-TJJ
)
STATE OF KANSAS, et al., )
)
    Defendants. )

## PLAINTIFF'S MOTION TO EXTEND TIME TO FILE LATE NOTICE OF APPEAL

COMES NOW Plaintiff LaTanya Haywood (pro se), pursuant to Rule 4((a)(5)(A)(i) & (ii), moves to extend to file Late Notice of Appeal from the "Memorandum and Order" dated 23 November 2022, to-wit:

1. In case, Plaintiff never received written due process Notice of this Court's Memorandum and Order" dated and signed 23 November 2022, denying "Motion to Alter or Amend" (Doc. 72).

2. Because never received written Notice or Service of Process as required by Rules of Court, Plaintiff shows "excusable neglect or good cause" for failing to file her timely Notice of Appeal under Federal Rule 4(a)(5)(i) of Appellate Procedures.

3. Based on Plaintiff's showing of "excusable neglect or good cause" for failing to file her timely Notice of Appeal, Federal Appellate Rule 4(a)(5)(ii)

authorizes or permits this Court to extend the time for filing a timely Notice of Appeal for an additional thirty (30) days or up to and including 20 January 2023.

4. Plaintiff states this request is made in good faith and without intent to vex or delay the proceedings and further states she believes she presents meritorious federal claims for relief and a meritorious claims or points for appellate review.

WHEREFORE, Plaintiff respectfully prays this Court to: (1) grant leave to file this motion, (2) extend the time for filing a Notice of Appeal in the above-styled action, (3) file the accompanying Notice of Appeal from the final judgment of 3 October 2022 (Doc. 71) and post-judgment order of 23 November 2022, (4) grant leave to proceed on appeal in forma pauperis and (5) render any further relief as may deem just and proper under the facts and premises of this case.

Re Respectfully submitted,

*LaTanya Haywood*

LaTanya Haywood (pro se)
Post Office Box 17776
Kansas City, Missouri 64134

CERTIFICATE OF SERVICE

A copy hereof was mailed, first-class postage prepaid, and/or hand-delivered, on this 17th day of January 2023, to: all the Attorneys of Record.

*LaTanya Haywood*

LaTanya Haywood, Mailer/Server