## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LATAYNA HAYWOOD ) | |
| ) | |
| Plaintiff, ) | Case No. 2:21-cv-02329-JWB-TJJ |
| ) | |
| v. ) | |
| ) | |
| STATE OF KANSAS, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT SAINT LUKE'S HOSPITAL OF KANSAS CITY'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME TO FILE LATE NOTICE OF APPEAL

COMES NOW, Defendant Saint Luke's Hospital of Kansas City ("Saint Luke's"), by and through counsel, hereby submits its response to *Plaintiff's Motion to Extend Time to File Late Notice of Appeal*. (Doc. 83).

### INTRODUCTION

Plaintiff LaTanya Haywood ("Ms. Haywood"), pursuant Fed. R. App. P. 4(a)(5), requests an extension of time to file a notice of appeal because she allegedly did not receive a "written" copy of the Court's memorandum order. (Doc. 83, ¶¶ 1-2). Ms. Haywood's request should be denied because (1) she filed the motion for extension beyond the thirty (30) day deadline provided by the rule, and, in any event, (2) has not demonstrated the requisite excusable neglect or good cause.

### ARGUMENT

Fed. R. App. P. 4(a)(5) provides, in pertinent part:

(A) The district court may extend the time to file a notice of appeal if:

    (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and

>       (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

Pursuant to Fed. R. App. P. 4(a)(4)(A), where a party files a motion pursuant to, *inter alia*, Fed. R. Civ. P. 59 or 60, "the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion."

On November 23, 2022, the Court entered its memorandum and order denying Ms. Haywood's motion to amend or alter which the Court construed to be brought pursuant to Fed. R. Civ. P. 59 and 60. (Doc. 72). Ms. Haywood's deadline to file a motion for extension of time under Fed. R. App. P. 4(a)(5) expired on Friday December 23, 2022. Yet, Ms. Haywood did not file her motion for extension of time until January 17, 2023—fifty-five (55) days after the Court's memorandum and order. Accordingly, Ms. Haywood's motion for extension of time is time barred and should be denied.

Even if Ms. Haywood's motion for extension of time was timely filed (it was not), Ms. Haywood has not shown the requisite excusable neglect or good cause. Fed. R. App. P. 4(a)(5)(A)(ii). Ms. Haywood argues that she never received a "written" copy of the Court's November 23, 2022, memorandum and order. (Doc. 83, ¶¶ 1-2). Regardless, Ms. Haywood likely received a copy of the memorandum and order because she receives all e-filing notifications at her email address. (Doc. 19).

## CONCLUSION

WHEREFORE, Saint Luke's respectfully requests the Court deny Ms. Haywood's motion for extension of time.

Respectfully submitted

 /s/ Joseph A. Kronawitter
Timothy M. Aylward           KS # 70538
Joseph A. Kronawitter        KS #19665
Taylor P. Foye               KS # 28377
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
taylward@hab-law.com
jkronawitter@hab-law.com
tfoye@hab-law.com

*Attorneys for Saint Luke's Hospital of Kansas City*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

      /s/ Joseph A. Kronawitter

3